**Opinion issued November 24, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00771-CV

————————————

## IN RE STROUHAL TIRE RECAPPING PLANT, LTD., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On November 10, 2020, relator, Strouhal Tire Recapping Plant, Ltd., filed a petition for writ of mandamus, seeking to have this Court reverse the trial court's order that denied relator's motion for a continuance.[1]  Two days after filing the petition, relator filed an unopposed motion to dismiss.

---

[1]    The underlying case is *Daniel Cepeda and Alma Deleon v. The Goodyear Tire & Rubber Company, Michelin Retread Technologies, Inc., and Strouhal Tire Recapping Plant, Ltd.*, cause number 2016-03071, pending in the 334th District Court of Harris County, Texas, the Honorable Steven Kirkland presiding.

Accordingly, we grant relator's motion and **dismiss** the petition for writ of mandamus.  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Lloyd and Kelly.